| 1  | DANIEL J. BRODERICK, #89424
|    | Federal Defender
| 2  | ANN H. VORIS, Bar #100433
|    | Assistant Federal Defender
| 3  | Designated Counsel for Service
|    | 2300 Tulare Street, Suite 330
| 4  | Fresno, California 93721-2226
|    | Telephone: (559) 487-5561
| 5  |
|    | Attorney for Defendant
| 6  | BERTHA CORGIAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00273 LJO |
|                           | ) |                        |
| Plaintiff,                | ) | STIPULATION TO CONTINUE STATUS |
|                           | ) | CONFERENCE; ORDER |
| v.                        | ) |                        |
|                           | ) | Date: November 4, 2011 |
| BERTHA CORGIAT,           | ) | Time: 9:00 a.m. |
|                           | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant.                | ) |                        |
|                           | ) |                        |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for Friday, October 21, 2011, **may be continued to Friday, November 4, 2011, at 9:00 a.m.**

This continuance is at the request of counsel for defendant to complete negotiations between the parties, further investigation and continuity of counsel. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

LAWRENCE BROWN
United States Attorney

DATED: October 19, 2011      By:   /s/ Grant Rabenn
GRANT RABENN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 19, 2011      By:   /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Bertha Corgiat

## **O R D E R**

**Granted.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:   October 19, 2011**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order            −2−