BENJAMIN B. WAGNER
United States Attorney
Grant B. Rabenn
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BERTHA CORGIAT, <br> Defendant. | CASE NO. 1:11-CR-00273-LJO <br><br> ORDER RE FINANCIAL DISCLOSURES |

The Defendant herein, Bertha Corgiat, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" packet and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attention Grant B. Rabenn, 2500 Tulare Street, Suite 4401, Fresno, California 93721, no later than **January 3, 2012.**

IT IS SO ORDERED.

**Dated:   November 29, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1